NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

ENNIS JOHNSON, *Petitioner*.

No. 1 CA-CR 15-0628 PRPC

FILED 10-17-2017

Petition for Review from the Superior Court in Maricopa County
No. CR2013-003484-018
The Honorable Pamela S. Gates, Judge

**REVIEW GRANTED AND RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Diane Meloche
*Counsel for Respondent*

Ennis Johnson, Tucson
*Petitioner*

**MEMORANDUM DECISION**

Presiding Judge Randall M. Howe delivered the decision of the Court, in which Judge Peter B. Swann and Judge Maria Elena Cruz joined.

**H O W E**, Judge:

**¶1**        Ennis Johnson petitions this Court for review of the denial of his "Request to Amend and Motion for Specific Performance." We have elected to treat his petition for review of the denial of this pleading as a petition for review filed pursuant to Arizona Rule of Criminal Procedure 32.9(c).

**¶2**        Johnson pled guilty to conspiracy to commit sale or transportation of marijuana. The plea agreement stipulated to a term of three years' imprisonment that Johnson would serve concurrently with any federal prison sentence that might be imposed for a separate conviction in an unrelated federal case. At the time Johnson pled guilty, however, and even by the time of sentencing, Johnson had not been sentenced to prison in the federal case—he remained on probation in that case and the federal government had not petitioned to revoke following his State conviction. Regardless, the trial court sentenced Johnson in accordance with the plea agreement.

**¶3**        In his petition for review, Johnson argues that he does not wish to withdraw from his plea agreement. He argues, however, that the State and the federal governments must take action to allow him to serve his State prison sentence concurrently with any federal prison sentence that might be imposed in his federal case. In short, he asks the State to release him from his prison sentence and for the federal government to revoke his probation and sentence him to federal imprisonment. We deny relief because Johnson has completed his State prison sentence, including his term of community supervision. The issue is, therefore, moot.

**¶4**        Accordingly, we grant review but deny relief.



AMY M. WOOD • Clerk of the Court
FILED:  AA